STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    415.436.7700
Facsimile:    415.436.7706
candis_mitchell@fd.org

Counsel for Defendant Sanchez Reyes

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,** | Case Number: CR 14-0443 MMC |
| Plaintiff, | |
| v. | **Joint Stipulation Continuing Hearing Date; [Proposed] Order** |
| **Saul Sanchez Reyes,** | Date:   September 17, 2014 |
| Defendant. | Time:  2:15 p.m. |

Defendant Saul Sanchez Reyes is currently set for status hearing on September 17, 2014.

Counsel for Mr. Sanchez Reyes will be out of the district on September 17, 2014. Accordingly,

counsel requests a continuance of the status hearing from September 17, 2014, to October 1, 2014,

at 2:15 p.m.

The parties agree and stipulate, and request that the Court exclude time under the Speedy

Trial Act, 18 U.S.C. § 3161, et seq., between September 17, 2014, and October 1, 2014, for effective

preparation of defense counsel pursuant to 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated:  September 16, 2014            /s/ Laura Vartain Horn
                                      LAURA VARTAIN HORN
                                      Assistant United States Attorney


Dated:  September 16, 2014             /s/ Candis Mitchell
                                      CANDIS MITCHELL
                                      Attorney for Defendant Sanchez Reyes


## [Proposed] ORDER

For the reasons stated, the Court continues the status hearing date from September 17, 2014, to **October 1, 2014, at 2:15 p.m.**, and orders time excluded from September 17, 2014, and October 1, 2014.


IT IS SO ORDERED.

DATED: September 16, 2014

MAXINE M. CHESNEY
United States District Judge

Jt. Stip. Cont. Hearing; [Prop.] Order
CR 14-0443 MMC          2